TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nev. Bar #3984
3590 Barrymore Dr.
Reno, NV 89512
Tele (775) 337-0323
*Attorney for Plaintiff Lauren Kettell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUREN KETTELL, | Case No. 3:12-cv-00297 HDM-WGC |
| Plaintiff, | **STATEMENT OF INTERESTED PARTIES** |
| vs. | |
| WASHOE COUNTY DEPUTY BRENT COSS, | |
| Defendant. | |

The undersigned counsel of record for plaintiff LAUREN KETTELL certifies that there are no known interested parties other than those participating in the case.

Dated this 24 day of June, 2012

/s/ Terri Keyser-Cooper
TERRI KEYSER-COOPER
*Attorney for Plaintiff Lauren Kettell*

1