RICHARD A. GAMMICK
Washoe County District Attorney

DAVID C. CREEKMAN
Deputy District Attorney
Nevada State Bar Number 4580
P. O. Box 30083
Reno, NV   89520-3083
(775) 337-5700
ATTORNEY FOR WASHOE COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LAUREN KETTELL,

        Plaintiffs,

vs.

WASHOE COUNTY DEPUTY BRENT COSS,

        Defendant.
_____/

Case No. 3:12-CV-00297-HDM-WGC

**ANSWER**

    Comes now, Washoe County Deputy Brent Coss, Defendant, by and through counsel, David C. Creekman, Chief Deputy District Attorney and hereby files this answer to Plaintiff's Complaint as follows:

1.   Admit.

2.   Admit.

3.   Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4.   Admit.

5. Denied.

6. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

7. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

8. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

9. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

10. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

11. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

12. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

14. Washoe County is without knowledge or information

1  sufficient to form a belief as to the truth of the allegations
2  in this paragraph.
3  15.   Washoe County is without knowledge or information
4  sufficient to form a belief as to the truth of the allegations
5  in this paragraph.
6  16.   Washoe County is without knowledge or information
7  sufficient to form a belief as to the truth of the allegations
8  in this paragraph.
9  17.   Washoe County is without knowledge or information
10 sufficient to form a belief as to the truth of the allegations
11 in this paragraph.
12 18.   Washoe County is without knowledge or information
13 sufficient to form a belief as to the truth of the allegations
14 in this paragraph.
15 19.   Washoe County is without knowledge or information
16 sufficient to form a belief as to the truth of the allegations
17 in this paragraph.
18 20.   Washoe County is without knowledge or information
19 sufficient to form a belief as to the truth of the allegations
20 in this paragraph.
21 21.   Washoe County is without knowledge or information
22 sufficient to form a belief as to the truth of the allegations
23 in this paragraph.
24 22.   Washoe County is without knowledge or information
25 sufficient to form a belief as to the truth of the allegations
26 in this paragraph.

23. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

24. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

25. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

26. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

27. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

28. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

29. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

30. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

31. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations

1  in this paragraph.
2  32.  Washoe County is without knowledge or information
3  sufficient to form a belief as to the truth of the allegations
4  in this paragraph.
5  33.  Washoe County is without knowledge or information
6  sufficient to form a belief as to the truth of the allegations
7  in this paragraph.
8  34.  Washoe County is without knowledge or information
9  sufficient to form a belief as to the truth of the allegations
10 in this paragraph.
11 35.  Washoe County is without knowledge or information
12 sufficient to form a belief as to the truth of the allegations
13 in this paragraph.
14 36.  Washoe County is without knowledge or information
15 sufficient to form a belief as to the truth of the allegations
16 in this paragraph.
17 37.  Washoe County is without knowledge or information
18 sufficient to form a belief as to the truth of the allegations
19 in this paragraph.
20 38.  Washoe County is without knowledge or information
21 sufficient to form a belief as to the truth of the allegations
22 in this paragraph.
23 39.  Washoe County is without knowledge or information
24 sufficient to form a belief as to the truth of the allegations
25 in this paragraph.
26 40.  Washoe County is without knowledge or information

1  sufficient to form a belief as to the truth of the allegations
2  in this paragraph.
3  41.  Washoe County is without knowledge or information
4  sufficient to form a belief as to the truth of the allegations
5  in this paragraph.
6  42.  Washoe County is without knowledge or information
7  sufficient to form a belief as to the truth of the allegations
8  in this paragraph.
9  43.  Washoe County is without knowledge or information
10 sufficient to form a belief as to the truth of the allegations
11 in this paragraph.
12 44.  Washoe County is without knowledge or information
13 sufficient to form a belief as to the truth of the allegations
14 in this paragraph.
15 45.  Washoe County is without knowledge or information
16 sufficient to form a belief as to the truth of the allegations
17 in this paragraph.
18 46.  Washoe County is without knowledge or information
19 sufficient to form a belief as to the truth of the allegations
20 in this paragraph.
21 47.  Washoe County is without knowledge or information
22 sufficient to form a belief as to the truth of the allegations
23 in this paragraph.
24 48.  Denied.
25 49.  Denied.
26 50.  Denied.

51. Denied.
52. Denied.
53. Denied.
54. Denied.
55. Denied.
56. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.
57. Denied.
58. Denied.
59. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.
60. Denied.
61. Denied.
62. Denied.
63. Denied.
64. Denied.
65. Denied.
66. Denied.
67. Washoe County is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.
68. Denied.
69. Denied.
70. Denied.

1  71.  Denied.
2  72.  Denied.
3  73.  Denied.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Defendant enjoys qualified immunity from the causes of action alleged.

### SECOND AFFIRMATIVE DEFENSE

The occurrence referred to in Plaintiff's complaint, and all damages, if any, arising therefrom, were caused by the acts or omissions of the Plaintiff or a third person or persons over whom this Defendant had no control.

### THIRD AFFIRMATIVE DEFENSE

It has been necessary for Defendant to employ the services of an attorney to defend this action, and a reasonable sum should be allowed Defendant as and for attorney's fees, together with their costs expended in this action.

**WHEREFORE**, Defendant prays as follows:

1. That Plaintiff take nothing by their Complaint; and,
2. That judgment be entered against Plaintiff and in favor of Defendant; and,
3. That the Court allow Defendant's costs and a reasonable attorney's fee; and,

///
///
///

       4.   That the Court grant Defendant such additional or alternate relief as it deems just and proper.

       Dated this 20th day of August, 2012.

                              RICHARD A. GAMMICK
                              District Attorney


                              By   /S/ DAVID C. CREEKMAN
                                 DAVID C. CREEKMAN
                                 Deputy District Attorney
                                 P. O. Box 30083
                                 Reno, NV   89520-3083
                                 (775) 337-5700

                              ATTORNEYS FOR WASHOE COUNTY

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date a true and correct copy of the foregoing ANSWER was electronically mailed to the following:

Terri Keyser-Cooper, Esq.
Law Office of Terri Keyser-Cooper
3590 Barrymore Drive
Reno, NV 89512

Dated this 20th day of August, 2012.

/s/ Michelle Foster
MICHELLE FOSTER