```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            Reno, Nevada


LAUREN KETTELL,                      3:12-cv-00297-HDM-WGC

          Plaintiff,                 MINUTE ORDER

    vs.                              August 31, 2012

BRENT COSS,

          Defendant.
_____/
```

PRESENT:
THE HONORABLE HOWARD D. MCKIBBEN, Senior U.S. District Judge

DEPUTY CLERK: EMILY GUST            REPORTER:    NONE APPEARING

COUNSEL FOR PLAINTIFF(S):              NONE APPEARING

COUNSEL FOR DEFENDANT(S):              NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Local Rule 7.1-1 required counsel for private (non-governmental) parties upon entering a case to file counsel's certificate listing all persons, associations of persons, firms, partnerships or corporations known to have an interest in the outcome of the case in the format set forth in said local rule.

     Accordingly, pursuant to the records in this action, counsel for defendant shall have a period of 10 calendar days from the filing date of this order within which to fully comply with the provisions of Local Rule 7.1-1.

     It is so ordered.

                                            LANCE S. WILSON, CLERK


                              By:       /s/
                                     Deputy Clerk