TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nev. Bar #3984
3590 Barrymore Dr.
Reno, NV 89512
Tele (775) 337-0323
*Attorney for Plaintiff Lauren Kettell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN KETTELL,<br><br>        Plaintiff,<br><br>        vs.<br><br>WASHOE COUNTY DEPUTY<br>BRENT COSS,<br><br>        Defendant. | Case No. 3:12-cv-00297 HDM-WGC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL TERRI KEYSER-COOPER** |

To all parties and their attorneys of record:

PLEASE TAKE NOTICE that commencing on January 7, 2013 through February 14, 2013, Terri Keyser-Cooper will be unavailable for any purpose whatsoever, including, but not limited ot, receiving notices of any kind, receiving ex parte applications, appearing at court or attending depositions. Pursuant to Mendez v. County of San Bernardino, 540 F.3d 1109 (9th Cir. 2008), counsel for plaintiff LAUREN KETTELL respectfully requests that this court and the attorneys for defendant refrain from scheduling any hearings or discovery notices/documents for events to occur during the above time period.

Dated: December 27, 2012

By: _____
      TERRI KEYSER-COOPER
      *Attorney for Plaintiff Lauren Kettell*

1

## CERTIFICATE OF SERVICE

**I, Terri Keyser-Cooper, declare as follows:**

I am over the age of 18 years and not a party to this action. My business address is 3590 Barrymore Dr., Reno, NV 89512

On this date, I served a copy of:

NOTICE OF UNAVAILABILITY OF COUNSEL

By electronic service by electronically mailing a true copy of the document to defendant at the following email address via the Court's electronic filing procedure:

David C. Creekman, Deputy District Attorney, P.O. Box 30083, Reno, Nv. 89520-3083

I declare under penalty of perjury that the foregoing is true and correct.

DATED:        This December 27, 2012

/s/Terri Keyser-Cooper
TERRI KEYSER-COOPER

2