1  RICHARD A. GAMMICK
   Washoe County District Attorney
2  DAVID C. CREEKMAN
   Chief Deputy District Attorney
3  Nevada State Bar Number 4580
   P. O. Box 30083
4  Reno, NV   89520-3083
   (775) 337-5700
5  ATTORNEYS FOR DEFENDANT

6               **UNITED STATES DISTRICT COURT**

7                   **DISTRICT OF NEVADA**

8                          **\* \* \***

9  LAUREN KETTELL,

10               Plaintiffs,

11     vs.                          3:12-CV-00297-HDM-WGC

12  WASHOE COUNTY DEPUTY BRENT       **JOINT INTERIM STATUS REPORT**
    COSS,
13
                 Defendant.
14  _____/

15

16      Plaintiff, Lauren Kettell, and Defendant, Brent Coss, by

17  and through the undersigned, herein submit their Joint Interim

18  Status Report in this case.  This Joint Interim Status Report is

19  submitted in accord with a Joint Stipulated Discovery Plan and

20  Scheduling Order in this case.

21  **I.   Discovery Completed To-Date**

22      As of the date of this Joint Interim Status Report, both

23  Plaintiff and Defendant provided initial disclosures, Plaintiff

24  has served three Requests for Production of Documents and one

25  set of Interrogatories on Defendant, and Defendant has answered

26  those requests, with one exception for which the preparation of

                              -1-

1  a transcript is necessary, and is proceeding.  Plaintiff has

2  similarly responded to Defendant's first set of Interrogatories,

3  with the exception of providing certain records, such records

4  expected to be soon forthcoming.  Defendant served Plaintiff

5  with a second set of Interrogatories on February 14, 2013, with

6  responses anticipated within the next month.

7  **II.   Depositions**

8      As of the date of this Joint Interim Status Report,

9  Plaintiff has deposed the Defendant, along with an additional

10  seven witnesses.  Plaintiff's deposition of the Defendant was

11  not concluded, and is to be continued, by agreement of the

12  parties, in either March or April of 2013.  Additionally,

13  Defendant intends to depose Plaintiff in March or April of 2013,

14  along with another witness who should be identified in response

15  to Defendant's second set of Interrogatories.  This second

16  witness deposition will likely occur out-of-town and its

17  scheduling is to be determined.

18  **III. Expert Discovery**

19      As of the date of this Joint Interim Status Report, neither

20  Plaintiff nor Defendant has provided initial expert disclosures.

21  Defendant may wish to disclose an expert, depending upon

22  Plaintiff's response to Defendant's second set of

23  Interrogatories and any resulting deposition testimony.

24  Defendant's intentions in this regard cannot as yet be

25  determined.

26  ///

1    **IV.   Discovery Completion Deadline**

2         At present, the Joint Stipulated Discovery Plan and

3    Scheduling Order anticipates that discovery will be completed in

4    this case by April 10, 2013.  Counsel for the Defendant now

5    believes that such a completion deadline was too ambitious, as

6    further discovery may hinge upon Defendant's yet-to-be-produced

7    discovery (i.e., the earlier described transcript under

8    preparation), on Plaintiff's yet-to-be-produced medical records,

9    and Plaintiff's response to Defendant's second set of

10   interrogatories.  As such, it is now anticipated that either a

11   motion or stipulation to extend discovery will be filed with the

12   Court before the expiration of the deadline for doing so, such

13   deadline now set for March 29, 2013.

14    Dated: February 20, 2013.    Dated: February 20, 2013.

15                                      RICHARD A. GAMMICK
                                        District Attorney
16

17   /S/ TERRI KEYSER-COOPER      By: /S/ DAVID C. CREEKMAN
     TERRI KEYSER-COOPER, ESQ.        DAVID C. CREEKMAN
18   ATTORNEY FOR PLAINTIFF           Chief Deputy District Attorney
                                      ATTORNEYS FOR DEFENDANT
19

20

21

22

23

24

25

26

                                -3-