TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nev. Bar #3984
3590 Barrymore Dr.
Reno, NV 89512
Tele (775) 337-0323
*Attorney for Plaintiff Lauren Kettell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN KETTELL, | Case No. 3:12-cv-00297 HDM-WGC |
| Plaintiff, | |
| vs. | **NOTICE OF UNAVAILABILITY OF COUNSEL TERRI KEYSER-COOPER** |
| WASHOE COUNTY DEPUTY BRENT COSS, | |
| Defendant. | |

To all parties and their attorneys of record:

PLEASE TAKE NOTICE that commencing April 8, 2013 through May 13, 2013, Terri Keyser-Cooper will be unavailable for any purpose whatsoever, including, but not limited ot, receiving notices of any kind, receiving ex parte applications, appearing at court or attending depositions. Pursuant to Mendez v. County of San Bernardino, 540 F.3d 1109 (9th Cir. 2008), counsel for plaintiff LAUREN KETTELL respectfully requests that this court and the attorneys for defendant refrain from scheduling any hearings or discovery notices/documents for events to occur during the above time period.

Dated: Msarch 28, 2013.

By: /s/ Terri Keyser-Cooper

TERRI KEYSER-COOPER
*Attorney for Plaintiff Lauren Kettell*

1

## CERTIFICATE OF SERVICE

**I, Terri Keyser-Cooper, declare as follows:**

I am over the age of 18 years and not a party to this action. My business address is 3590 Barrymore Dr., Reno, NV 89512

On this date, I served a copy of:

NOTICE OF UNAVAILABILITY OF COUNSEL

By electronic service by electronically mailing a true copy of the document to defendant at the following email address via the Court's electronic filing procedure:

David C. Creekman, Deputy District Attorney, P.O. Box 30083, Reno, Nv. 89520-3083

I declare under penalty of perjury that the foregoing is true and correct.

DATED:	This March 28, 2013

/s/Terri Keyser-Cooper
TERRI KEYSER-COOPER

2