1  RICHARD A. GAMMICK
   Washoe County District Attorney
2  DAVID C. CREEKMAN
   Deputy District Attorney
3  Nevada State Bar Number 4580
   P. O. Box 30083
4  Reno, NV  89520-3083
   (775) 337-5700
5  ATTORNEY FOR WASHOE COUNTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

LAUREN KETTELL,

        Plaintiffs,    Case No. 3:12-CV-00297-HDM-WGC

  vs.

WASHOE COUNTY DEPUTY BRENT    **PROTECTIVE ORDER**
COSS,

        Defendants.
_____/

    This Court conducted a hearing on Plaintiff Lauren Kettell's "Motion for Protective Order and Confidential Private In-Camera Hearing" on Tuesday, March 26, 2013.  The hearing was closed to the public.  Present on behalf of Plaintiff was Terri Keyser-Cooper, Esq.  Present on behalf of Defendant Brent Coss was Deputy District Attorney David Creekman, Esq.

    After listening to arguments from counsel for both parties, the Court concludes that the requested protective order should issue, denying Defendant the opportunity to depose the alleged rapist he sought to depose and denying Defendant the information requested in his Second Set of Interrogatories

1  to the Plaintiff.  In addition, the Court concludes that
2  Defendant may question the Plaintiff as to her contentions,
3  contained within her Complaint, of "previously diagnosed ...
4  post traumatic stress disorder, anxiety disorder and a panic
5  disorder," as elaborated upon by discovery thus far produced,
6  and may further question non-party witnesses as to these
7  contentions made by the Plaintiff.  Counsel are advised,
8  however, that the subject matter about which this Protective
9  Order is issued will not become the central issue of focus in
10 this case, although it remains a peripheral issue.
11     SO ORDERED.
12     Dated this ____ day of March, 2013.
13
14                                   _____
                                     MAGISTRATE JUDGE