RICHARD A. GAMMICK
Washoe County District Attorney
DAVID C. CREEKMAN
Deputy District Attorney
Nevada State Bar Number 4580
P. O. Box 11130
Reno, NV  89520
(775) 337-5700
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LAUREN KETTELL,

        Plaintiff,

vs.

WASHOE COUNTY DEPUTY BRENT COSS,

        Defendant.
_____/

Case No. 3:12-CV-00297-HDM-WGC

ORDER GRANTING STIPULATION

### STIPULATION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff, LAUREN KETTELL, and Defendant, WASHOE COUNTY DEPUTY SHERIFF BRENT COSS, and, by and through their undersigned counsel of record and hereby stipulate to the dismissal of all claims against Defendant, with prejudice, pursuant to FRCP 41(a).

Each party shall bear their own attorney's fees and costs, except as specifically provided in the settlement agreement

///

///

///

-1-

1 | executed by the parties herein.

2 | Dated this 11th day of July, 2013.

*[signature]*

TERRI KEYSER-COOPER, ESQ.
ATTORNEY FOR PLAINTIFF
LAUREN KETTELL

Dated this 11th day of July, 2013.

RICHARD A. GAMMICK
District Attorney

By: *[signature]* David C. Creekman
DAVID C. CREEKMAN
Chief Deputy District Attorney
ATTORNEYS FOR DEFENDANT
DEPUTY BRENT COSS

IT IS SO ORDERED.

Dated this 12th day of July, 2013.

*[signature]* Howard D McKibben
UNITED STATES DISTRICT JUDGE

-2-